IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL TRISTAN JOHNSON                                    PETITIONER

v.                        NO. 4:18-cv-00931 JM

UNITED STATES OF AMERICA                                  RESPONDENT

**ORDER**

       The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. This case is dismissed without prejudice. Judgment will be entered for the United States of America.

       IT IS SO ORDERED this 1st day of March, 2019.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE