# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MICHAEL TRISTAN JOHNSON                                          PETITIONER

v.                              NO. 4:18-cv-00931 JM

UNITED STATES OF AMERICA                                         RESPONDENT

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for the United States of America.

IT IS SO ORDERED this 1st day of March, 2019.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE